LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 14-08514 BRO (AJWx) | Date | May 6, 2015 |
|---|---|---|---|
| Title | JIM HEDGES V. LC FILMS, LLC ET AL. | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: FAILURE TO PARTICIPATE IN LITIGATION

Plaintiff Jim Hedges filed this matter on November 3, 2014, naming both Daniela Cretu and LC Films, LLC as Defendants. (Dkt. No. 1.) Defendant Cretu filed an Answer on December 1, 2014, (Dkt. No. 11), but Defendant LC Films, LLC failed to respond. Accordingly, on December 8, 2014, the Clerk of Court entered default against Defendant LC Films, LLC. (Dkt. No. 19.)

On May 4, 2015, the Court held a scheduling conference at which Defendants Cretu and LC Films, LLC both failed to appear. In anticipation of this hearing, Plaintiff filed a "Statement of Inability to File Joint Scheduling Report" based on Defendants' failure to cooperate in the creation of such a report. (Dkt. No. 28.) At this point, LC Films, LLC remains in default, and although Cretu filed an Answer in this matter over five months ago, she has apparently since failed to participate in this litigation. Accordingly, Defendant Cretu is **ORDERED to show cause** as to why the Court should not strike her Answer and allow the Clerk to enter default for failure to participate in the litigation. Any response must be filed no later than **Friday, May 8, 2015, at 4 p.m.**

**IT IS SO ORDERED.**

:

Initials of Preparer     rf